# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

THEOPLIOUS GARDNER                                      CIVIL ACTION

VERSUS                                                  NO.  12-746

ROBERT TANNER, CCE, WARDEN                              SECTION "C"(2)
IVY MORRIS, ARDC SUPERVISOR, RCC

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Theoplious Gardner for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court and state administrative remedies.

New Orleans, Louisiana, this ____30____ day of ____July____, 2012.

_____
UNITED STATES DISTRICT JUDGE